James H. Wilkins, #116364
Stephanie M. Grewal, #258691
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, DAVISON DESIGN & DEVELOPMENT, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| FAIZAL AWADAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVISON DESIGN & DEVELOPMENT, INC, and Does 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:12-CV-02001-KJM-KJN PS<br><br>**DEFENDANT DAVISON DESIGN & DEVELOPMENT, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT THE SEPTEMBER 13, 2012 MOTION TO DISMISS AND ORDER**<br><br>Date:   September 13, 2012<br>Time:   10:00 a.m.<br>Ctrm.:  25 |

Defendant, DAVISON DESIGN & DEVELOPMENT, INC., respectfully requests the Court allow the telephonic appearance of their counsel, James H. Wilkins, at the hearing presently scheduled on September 13, 2012 at 10:00 a.m. in Department 25, on the Defendant's Motion to Dismiss, to be heard before the Honorable Magistrate Kendall J. Newman.

This request seeks Court permission for counsel, who is located in Fresno, California, to appear at the hearings on the motions telephonically to avoid incurring the additional expense of traveling the approximately six hour round trip drive from Fresno to the Court in Sacramento.

Accordingly, and for the above reasons, Defendant, DAVISON DESIGN & DEVELOPMENT, INC., respectfully requests the Court order that counsel, James H. Wilkins, may appear at the hearings telephonically. Counsel can be reached at (559)438-2390.

Dated: August 27, 2012

                        WILKINS, DROLSHAGEN & CZESHINSKI LLP


By   */s/ James H. Wilkins*
      James H. Wilkins
Attorneys for Defendant DAVISON DESIGN & DEVELOPMENT, INC.

                        **ORDER**

       IT IS SO ORDERED.

Dated: September 6, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE